SHALINI DOGRA, SBN 309024
DOGRA LAW GROUP PC
4065 Glencoe Avenue
Marina Del Rey, CA 90292
Telephone:(747) 234-6673
Facsimile: (310) 868-0170
*Attorney for Plaintiff GERARDO ZARAGOZA*

CHRISTOPHER M. HABASHY, SBN 280725 BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:(310) 820-8800
Facsimile: (310) 820-8859
*Attorney for Defendant SIEMENS INDUSTRY, INC. et al*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ZARAGOZA, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY INC., a Delaware Corporation,<br><br>Defendants. | Case No: 5:19-CV-00562-JFW (RAOx)<br><br>Originally Filed: March 28, 2019<br>*[Assigned to Hon, John F. Walter]*<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE SCHEDULING ORDER AND FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE This parties have reached a settlement agreement in the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gerardo Zaragoza and Defendant Siemens Industry, Inc. (collectively, the "Parties") hereby STIPULATE to dismiss this action with prejudice and respectfully request the Court VACATE the July 16, 2019 Scheduling Order.

SO STIPULATED.

IT IS SO ORDERED.

DATE: December 13, 2019

*/s/ John F. Walter*
The Hon. John F. Walter

1

Respectfully Submitted,

Dated: December 11, 2019 **DOGRA LAW GROUP PC**

By: _____
SHALINI DOGRA, ESQ.
Attorney for Plaintiff
GERARDO ZARAGOZA

Dated: December 11, 2019 **BAKER & HOSTETLER**

By: _____/s/ Christopher Habashy_____
CHRISTOPHER HABASHY, ESQ.
Attorney for Defendant
SIEMENS INDUSTRY, INC.